**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

EVELYN TAYLOR                                                                                        PLAINTIFF

V.                                    NO. 3:19-CV-00219-JTR

ANDREW SAUL,
Commissioner of Social Security                                                             DEFENDANT

## ORDER

Before the Court is Plaintiff's Second Unopposed Motion to Extend Time to file an appellate brief.

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 13*) is GRANTED. The Court's Scheduling Order (*doc. 10*) is modified to provide that Plaintiff's appeal brief is due March 2, 2020. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

DATED this 29th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE