# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EVELYN TAYLOR**                                                                                      **PLAINTIFF**

**V.**                                    **NO. 3:19CV00219-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the 10th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE